IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MINNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO.14-6349 |
| | : | |
| STEVEN GLUNT, THE DISTRICT ATTORNEY OF COUNTY OF PHILA., and THE ATTORNEY GENERAL OF STATE OF PENNSYLVANIA | : : : : | |

**ORDER**

**AND NOW**, this 14th day of April, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the respondents' response (Document No. 8), the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Document No. 9), and after careful and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **STAYED** and held in **ABEYANCE** until the conclusion of petitioner's state court proceedings;

3. Within ten (10) days of the conclusion of the state court proceedings, the parties shall file a notice that the state court proceedings have concluded; and,

4. Within thirty (30) days following the conclusion of the state court proceedings, petitioner shall return to this court or this stay and abeyance order will be vacated and his petition will be dismissed without prejudice.

          /s/Timothy J. Savage
          TIMOTHY J. SAVAGE, J.